UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                    :     INDICTMENT

RAHIM FRAZIER,                    :     07 Cr. 686

    Defendant.                :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about April 8, 2007, in the Southern District of New York, RAHIM FRAZIER, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 11, 2003, in Bronx Supreme Court, for criminal possession of a weapon in the third degree, unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, a loaded ROSSI 38 Caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____        _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney