```
08APR07      52F         ●L72 T65C 0331 D15  0331 ● 68
10-52 FIREARM/IN
     ML N FEM                 PR 2                    RMK
2675 VALENTINE AVE
E 194 ST - E 196 ST
 52G 10-98 0356   52ST1 10-98 0345   52M 10-98 0341
 52A 10-98 0351   52E 10-92 CRIME 0804
*0331 .....ML ARMED WITH A GUN ..PERP GREY HOODY ...RED
DURAG...BLK JKT ....APT 4C ..4 FLR .....CB 6467647017 .....SFC
YOLANDA ...ANI-ALI-9143202125 CELL SITE-TMOBILE 2664 GRAND
CONCOURSE N SECTOR LAT:040.865847 LON:-073.893592 OPER 1841-PP65
*0333 XMITTED AA------D1978*0335 NFU TO LOC-----AUTH OF
SGT------D1978*0340 1 UNDER AT LOC------340 HRS UNDER
TIME------D1978 *0341 TRANS 1 BACK TO SH----341 HRS-------D1978
```

18JUN07 1107 LIVE

00045